# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 14-cv-03197-REB-NYW

MARY KAY WOHLENHAUS,

    Plaintiff,

v.

AMERICAN BUILDERS & CONTRACTORS SUPPLY CO, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation for Dismissal with Prejudice** [#25],[1] filed April 14, 2015. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation for Dismissal with Prejudice** [#25], filed April 14, 2015, is approved; and

    2. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

    Dated April 14, 2015, at Denver, Colorado.

                                                          **BY THE COURT:**

                                                          */s/ Robert E. Blackburn*
                                                          Robert E. Blackburn
                                                          United States District Judge

---

[1] "[#25]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.